UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

FORT MYERS DIVISION

MANUEL CABRERA MORALES,

                      CASE NO.: 2:26-CV-323-KCD/NPM

    Plaintiff,

vs.

AERATION TECHNOLOGY, INC.,
SMS OF SOUTH FLORIDA, INC.,
STEPHEN SHEA, AND
MICHAEL SHEA,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF DESIGNATION OF LEAD COUNSEL

Plaintiff, Manuel Cabrera Morales, pursuant to M.D. Fla. Local Rule 2.02, hereby notifies the Court and all parties that Brian H. Pollock, Esq., of FairLaw Firm, is designated as Plaintiff's lead counsel.

Respectfully submitted this 13th day of February 2026,

                                      Brian H. Pollock, Esq.
                                      Brian H. Pollock, Esq.
                                      Fla. Bar No. 174742
                                      brian@fairlawattorney.com
                                      FAIRLAW FIRM
                                      135 San Lorenzo Avenue
                                      Suite 770
                                      Coral Gables, FL 33146

Tel:   305.230.4884
*Counsel for Plaintiff*