UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.: 2:26-CV-00323-KCD/NPM

MANUEL CABRERA MORALES,

    Plaintiff,

vs.

AERATION TECHNOLOGY, INC.,
SMS OF SOUTH FLORIDA, INC.,
STEPHEN SHEA, AND
MICHAEL SHEA,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE
ON DEFENDANT, AERATION TECHNOLOGY, INC.**

Plaintiff, Manuel Cabrera Morales, files the Return of Service on Defendant, Aeration Technology, Inc. (served on February 20, 2026).

Dated this 26th day of February 2026.

                s/*Samuel G. Gonzalez, Esq.*
                Brian H. Pollock, Esq. (174742)
                brian@fairlawattorney.com
                Samuel G. Gonzalez, Esq. (1011323)
                samuel@fairlawattorney.com
                FAIRLAW FIRM
                135 San Lorenzo Avenue
                Suite 770

                                                Coral Gables, Florida 33146
                                                Tel:   305.230.4884
                                                *Counsel for Plaintiff*