## VERIFIED RETURN OF SERVICE

Job # MIA29861

**Client Info:**

FairLaw Firm
135 San Lorenzo Ave, Suite 770
Coral Gables, FL  33146

**Case Info:**

| | |
|---|---|
| **PLAINTIFF:**<br>MANUEL CABRERA MORALES<br>-versus-<br>**DEFENDANT:**<br>AERATION TECHNOLOGY INC SMS OF SOUTH FLORIDA INC<br>STEHPEN SHEA AND MICHAEL SHEA | UNITED STATES DISTRICT COURT<br>Court Division: MIDDLE DISTRICT OF FLORIDA<br><br>Court Case # **2:26-CV-00323** |

**Service Info:**

**Received by Elvis Durity:** on March, 3rd 2026 at **08:27 AM**
**Service:** I Served **SMS of South Florida, Inc. c/o Stephen Shea, its Registered Agent**
With: **SUMMONS, COMPLAINT**
by leaving with **Kris Kuzmanice, AUTHORIZED TO ACCEPT FOR R.A. COMPANY**

**At Residence 4231 PINE RIDGE ROAD NAPLES, FL 34119**
On **3/3/2026** at **02:19 PM**
**Manner of Service: CORPORATE AT RESIDENCE**
SERVICE WAS COMPLETED IN ACCORDANCE TO 48.081(B) IF THE ADDRESS FOR THE REGISTERED AGENT, OFFICER, DIRECTOR, OR PRINCIPAL PLACE OF BUSINESS IS A RESIDENCE, A PRIVATE MAILBOX, A VIRTUAL OFFICE, OR AN EXECUTIVE OFFICE OR MINI SUITE, SERVICE ON THE CORPORATION MAY BE MADE BY SERVING THE REGISTERED AGENT, OFFICER, OR DIRECTOR IN ACCORDANCE WITH S. 48.031.

**Served Description:  (Approx)**

Age: **38**, Sex: **Male**, Race: **White-Caucasian**, Height: **5' 8"**, Weight: **220**, Hair: **Black** Glasses:  **No**

I **Elvis Durity** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

_____
**Elvis Durity**
Lic #  **207629**

**Accurate Serve Plantation**
151 N. Nob Hill Road, Suite 254
Plantation, FL 33324

Client # 2:26-CV-00323
Ref # FM46208




1 of 1

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| Manuel Cabrera Morales | ) |
| *Plaintiff(s)* | ) ) ) ) ) |
| v. | ) Civil Action No. 2:26-cv-00323-KCD-NPM |
| Aeration Technology, Inc., SMS of South Florida, Inc. Stephen Shea, and Michael Shea | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SMS of South Florida, Inc.
c/o Stephen Shea, its Registered Agent
4231 Pine Ridge Road
Naples, Florida 34119

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Brian H. Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Tel: (305) 230-4884
brian@fairlawattorney.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Wendy Blair

Date:  February 13, 2026                              _____
*Signature of Clerk or Deputy Clerk*