UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.: 2:26-CV-00323-KCD/NPM

MANUEL CABRERA MORALES,

    Plaintiff,

vs.

AERATION TECHNOLOGY, INC.,
SMS OF SOUTH FLORIDA, INC.,
STEPHEN SHEA, AND
MICHAEL SHEA,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE
ON DEFENDANT, STEPHEN SHEA**

Plaintiff, Manuel Cabrera Morales, files the Return of Service on Defendant, Stephen Shea (served on March 3, 2026).

Dated this 4th day of March 2026.

                                        s/*Samuel G. Gonzalez, Esq.*
                                        Brian H. Pollock, Esq. (174742)
                                        brian@fairlawattorney.com
                                        Samuel G. Gonzalez, Esq. (1011323)
                                        samuel@fairlawattorney.com
                                        FAIRLAW FIRM
                                        135 San Lorenzo Avenue
                                        Suite 770
                                        Coral Gables, Florida 33146
                                        Tel:   305.230.4884
                                        *Counsel for Plaintiff*