UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.: 2:26-CV-00323-KCD/NPM

MANUEL CABRERA MORALES,

    Plaintiff,

vs.

AERATION TECHNOLOGY, INC.,
SMS OF SOUTH FLORIDA, INC.,
STEPHEN SHEA, AND
MICHAEL SHEA,

    Defendants.
_____/

### PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE ON DEFENDANT, MICHAEL SHEA

Plaintiff, Manuel Cabrera Morales, files the Return of Service on Defendant, Michael Shea (served on March 3, 2026).

Dated this 4th day of March 2026.

                                              s/*Samuel G. Gonzalez, Esq.*
                                              Brian H. Pollock, Esq. (174742)
                                              brian@fairlawattorney.com
                                              Samuel G. Gonzalez, Esq. (1011323)
                                              samuel@fairlawattorney.com
                                              FAIRLAW FIRM
                                              135 San Lorenzo Avenue
                                              Suite 770
                                              Coral Gables, Florida 33146
                                              Tel:   305.230.4884
                                              *Counsel for Plaintiff*