UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MANUEL CABRERA MORALES,

      Plaintiff,                          CASE NO.: 2:26-CV-00323-KCD/NPM

vs.

AERATION TECHNOLOGY, INC.,
SMS OF SOUTH FLORIDA, INC.,
STEPHEN SHEA, and
MICHAEL SHEA,

      Defendants.
_____/

## DEFENDANTS' NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that VERNIS & BOWLING OF NORTH FLORIDA, P.A., hereby files this Notice of Appearance on behalf of Defendant, AERATION TECHNOLOGY, INC., SMS OF SOUTH FLORIDA, INC., STEPHEN SHEA, and MICHAEL SHEA, in the above-styled case. Please copy the undersigned counsel on any future papers filed with the court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 20th day of March 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and the foregoing was furnished via ECF to all counsel of record.

VERNIS & BOWLING OF
NORTH FLORIDA, PA

  /s/ Len T. Hackett
Len T. Hackett, Esq.
Florida Bar No. 0420107
4309 Salisbury Road
Jacksonville, FL  32216
Tel. (904) 296-6751
Fax. (904) 296-2712
Lhackett@florida-law.com
Ghenderson@florida-law.com

Attorneys for Defendants