UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MANUEL CABRERA MORALES,

       Plaintiff,                       CASE NO.: 2:26-CV-00323-KCD/NPM

vs.

AERATION TECHNOLOGY, INC.,
SMS OF SOUTH FLORIDA, INC.,
STEPHEN SHEA, and
MICHAEL SHEA,

       Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Manuel Cabrera Morales, notifies the Court that the parties have settled their dispute and are in the process of negotiating and executing the written Settlement Agreement.

Dated this 20th day of March 2026.

*s/ Brian H. Pollock, Esq.*
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Samuel G. Gonzalez, Esq. (1011323)
samuel@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Tel:   305.230.4884
*Counsel for Plaintiff*

Coral Gables, Florida | Detroit, Michigan
FairLaw Firm