UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MANUEL CABRERA MORALES,

      Plaintiff,                            CASE NO.: 2:26-CV-00323-KCD/NPM

vs.

AERATION TECHNOLOGY, INC.,
SMS OF SOUTH FLORIDA, INC.
STEPHEN SHEA, and
MICHAEL SHEA,

      Defendants.

_____/

## PROPOSED ORDER GRANTING JOINT MOTION
## FOR APPROVAL OF SETTLEMENT AGREEMENT

**THIS CAUSE** having been heard on the Joint Motion to Approve Settlement Agreement and for Dismissal of Case with Prejudice, and the Court having considered the same and being otherwise fully advised, it is hereby:

**ORDERED AND ADJUDGED** that:

1.     The Motion is hereby **GRANTED.**

2.     The Settlement Agreement is **APPROVED** as fair and reasonable.

3.     The above-entitled cause is hereby **DISMISSED WITH PREJUDICE**.

4.     Attorneys' fees and costs will be paid pursuant to the terms of the Parties' Settlement Agreement.

5.     The Clerk shall **CLOSE** this case and **DENY AS MOOT** any pending motions.

6.     The Court shall retain jurisdiction over this case for 30 days for the purpose of enforcing the terms of the Settlement Agreement.

CASE NO. 1:14-CV-20702-JEM

**DONE** and **ORDERED** in Chambers at Fort Myers, Florida this _____ day of April 2026.

_____
KYLE C. DUDEK
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
*Counsel of record by CM/ECF*

2